**Order entered March 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00549-CR

### QUINTON GOLD HODGE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83842-2017**

## ORDER

Before the Court is the State's March 19, 2019 second motion for extension of time to file its tendered brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE